ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| DERRICK B. JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 309-095 |
| | ) | |
| BILLY BROWN, Warden, Montgomery State Prison, Georgia Department of Corrections, and CHERYL PARSONS, Superintendent, Treutlen Probation Detention Center, Georgia Department of Corrections, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's request to proceed *in forma pauperis* is **DENIED** (doc. no. 2), and this action is **DISMISSED** without prejudice.

SO ORDERED this 6th day of Jan, 2010, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE